## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN THE MATTER OF THE
GOVERNMENT'S OMNIBUS MOTION
TO WITHDRAW FORMER COUNSEL

No.  [Identified in Exhibit A]

Hon. Virginia M. Kendall
Chief Judge

## ORDER

The UNITED STATES OF AMERICA by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, having filed its Omnibus Motion to Withdraw Former Counsel, and having shown good cause in support of its motion, it is hereby ORDERED that the government is granted leave to withdraw the individuals identified in Exhibit A ("List of Former Government Counsel and Related Matters") as counsel for the United States in the matters identified in Exhibit A to this Order.

ENTER:

_____
Hon. Virginia M. Kendall
Chief Judge

DATE:  June 6, 2025

**Exhibit A**

**List of Former Government Counsel and Related Matters**

| Former Government Counsel | Case Number | Case Name |
|---|---|---|
| Amarjeet Bhachu | 1:04-cr-00225 | |
| Amarjeet Bhachu | 1:05-cr-00471 | |
| Amarjeet Bhachu | 1:05-cr-00472 | |
| Amarjeet Bhachu | 1:05-cr-00472 | |
| Amarjeet Bhachu | 1:09-cr-00727 *SEALED* | |
| Amarjeet Bhachu | 1:09-cr-00969 | |
| Amarjeet Bhachu | 1:11-cr-00150 | |
| Amarjeet Bhachu | 1:13-cr-00515 | |
| Amarjeet Bhachu | 1:13-cr-00515 | |
| Amarjeet Bhachu | 1:13-cr-00515 | |
| Amarjeet Bhachu | 1:13-cr-00515 | |
| Amarjeet Bhachu | 1:13-cr-00515 | |
| Amarjeet Bhachu | 1:13-cr-00515 | |
| Amarjeet Bhachu | 1:17-cr-00522 | |
| Amarjeet Bhachu | 1:18-cr-00313 *SEALED* | |
| Amarjeet Bhachu | 1:18-cr-00313 *SEALED* | |
| Amarjeet Bhachu | 1:20-cr-00602 | |
| Amarjeet Bhachu | 1:20-cr-00812 | |
| Amarjeet Bhachu | 1:20-cr-00812 | |
| Amarjeet Bhachu | 1:20-cr-00812 | |
| Amarjeet Bhachu | 1:20-cr-00812 | |
| Amarjeet Bhachu | 1:22-cr-00115 | |
| Amarjeet Bhachu | 1:22-cr-00115 | |
| Amarjeet Bhachu | 1:22-cr-00213 | |
| Amarjeet Bhachu | 1:22-cr-00520 | |
| Amarjeet Bhachu | 1:23-cr-00283 | |
| Amarjeet Bhachu | 1:23-cr-00283 | |
| Amarjeet Bhachu | 1:24-cr-00153 | |
| Charles Mulaney | 1:00-cr-00649 | |
| Charles Mulaney | 1:02-cr-00573 | |
| Charles Mulaney | 1:04-cr-01001 | |
| Charles Mulaney | 1:10-cr-00802 | |
| Charles Mulaney | 1:18-cr-00460 | |
| Charles Mulaney | 1:18-cr-00743 | |
| Charles Mulaney | 1:18-cr-00743 | |
| Charles Mulaney | 1:18-cr-00818 | |

| | | |
|---|---|---|
| Charles Mulaney | 1:18-cr-00818 | |
| Charles Mulaney | 1:18-cr-00818 | |
| Charles Mulaney | 1:18-cr-00818 | |
| Charles Mulaney | 1:18-cr-00818 | |
| Charles Mulaney | 1:19-cr-00936 | |
| Charles Mulaney | 1:20-cr-00422 | |
| Charles Mulaney | 1:20-cr-00422 | |
| Charles Mulaney | 1:20-cr-00513 | |
| Charles Mulaney | 1:20-cr-00577 | |
| Charles Mulaney | 1:20-cr-00577 | |
| Charles Mulaney | 1:20-cr-00577 | |
| Charles Mulaney | 1:20-cr-00800 | |
| Charles Mulaney | 1:21-cr-00253 | |
| Charles Mulaney | 1:21-cr-00497 | |
| Charles Mulaney | 1:21-cr-00497 | |
| Charles Mulaney | 1:21-cr-00497 | |
| Charles Mulaney | 1:21-cr-00497 | |
| Charles Mulaney | 1:21-cr-00497 | |
| Charles Mulaney | 1:21-cr-00603 | |
| Charles Mulaney | 1:21-cr-00603 | |
| Charles Mulaney | 1:21-cr-00603 | |
| Charles Mulaney | 1:21-cr-00605 | |
| Charles Mulaney | 1:21-cr-00608 | |
| Charles Mulaney | 1:22-cr-00174 | |
| Charles Mulaney | 1:22-cr-00451 | |
| Charles Mulaney | 1:22-cr-00591 | |
| Charles Mulaney | 1:22-cr-00593 | |
| Charles Mulaney | 1:22-cr-00664 | |
| Charles Mulaney | 1:23-cr-00113 | |
| Charles Mulaney | 1:23-cr-00113 | |
| Charles Mulaney | 1:23-cr-00113 | |
| Charles Mulaney | 1:23-cr-00113 | |
| Charles Mulaney | 1:23-cr-00209 | |
| Charles Mulaney | 1:23-cr-00237 | |
| Charles Mulaney | 1:23-cr-00338 | |
| Charles Mulaney | 1:23-cr-00339 | |
| Charles Mulaney | 1:23-cr-00412 | |
| Charles Mulaney | 1:23-cr-00412 | |
| Charles Mulaney | 1:23-cr-00412 | |
| Charles Mulaney | 1:23-cr-00412 | |
| Charles Mulaney | 1:23-cr-00412 | |
| Charles Mulaney | 1:23-cr-00643 | |
| Charles Mulaney | 1:24-cr-00420 | |
| David Green | 1:20-cr-00288 | |
| David Green | 1:22-cr-00251 | |

| | | |
|---|---|---|
| David Green | 1:22-cr-00263 | |
| David Green | 1:22-cr-00263 | |
| David Green | 1:22-cr-00263 | |
| David Green | 1:22-cr-00263 | |
| David Green | 1:22-cr-00263 | |
| David Green | 1:22-cr-00263 | |
| David Green | 1:22-cr-00263 | |
| David Green | 1:22-cr-00263 | |
| David Green | 1:22-cr-00303 | |
| David Green | 1:22-cr-00672 | |
| Elizabeth Pozolo | 1:14-cr-00543 | |
| Elizabeth Pozolo | 1:20-cr-00139 *SEALED* | |
| Elizabeth Pozolo | 1:22-cv-01727 | |
| Elizabeth Pozolo | 1:23-cr-00377 | |
| Elizabeth Pozolo | 1:23-cr-00455 | |
| Georgia Alexakis | 1:08-cr-00746 | |
| Georgia Alexakis | 1:08-cr-00746 | |
| Georgia Alexakis | 1:09-cr-00383 | |
| Georgia Alexakis | 1:09-cr-00383 | |
| Georgia Alexakis | 1:09-cr-00383 | |
| Georgia Alexakis | 1:09-cr-00383 | |
| Georgia Alexakis | 1:09-cr-00383 | |
| Georgia Alexakis | 1:09-cr-00383 | |
| Georgia Alexakis | 1:09-cr-00383 | |
| Georgia Alexakis | 1:09-cr-00383 | |
| Georgia Alexakis | 1:09-cr-00383 | |
| Georgia Alexakis | 1:14-cr-00705 | |
| Georgia Alexakis | 1:14-cr-00705 | |
| Georgia Alexakis | 1:14-cr-00705 | |
| Georgia Alexakis | 1:15-cr-00615 | |
| Georgia Alexakis | 1:15-cr-00617 *SEALED* | |
| Georgia Alexakis | 1:15-cr-00618 | |
| Georgia Alexakis | 1:15-cr-00619 *SEALED* | |
| Georgia Alexakis | 1:15-cr-00619 *SEALED* | |
| Georgia Alexakis | 1:15-cr-00619 *SEALED* | |
| Georgia Alexakis | 1:15-cr-00619 *SEALED* | |
| Georgia Alexakis | 1:15-cr-00619 *SEALED* | |
| Georgia Alexakis | 1:15-cr-00619 *SEALED* | |

| | | |
|---|---|---|
| Georgia Alexakis | 1:15-cr-00619 *SEALED* | |
| Georgia Alexakis | 1:15-cr-00619 *SEALED* | |
| Georgia Alexakis | 1:15-cr-00619 *SEALED* | |
| Georgia Alexakis | 1:15-cr-00619 *SEALED* | |
| Georgia Alexakis | 1:15-cr-00619 *SEALED* | |
| Georgia Alexakis | 1:15-cr-00619 *SEALED* | |
| Georgia Alexakis | 1:16-cr-00394 | |
| Georgia Alexakis | 1:18-cr-00185 | |
| Jeannice Appenteng | 1:03-cr-01136 | |
| Jeannice Appenteng | 1:03-cr-01136 | |
| Jeannice Appenteng | 1:16-cr-00304 | |
| Jeannice Appenteng | 1:23-cr-00352 | |
| Jeremy Daniel | 1:07-cr-00722 | |
| Jeremy Daniel | 1:12-cr-00356 | |
| Jeremy Daniel | 1:18-cr-00517 | |
| Jeremy Daniel | 1:18-cr-00517 | |
| Jeremy Daniel | 1:19-cr-00052 | |
| Jeremy Daniel | 1:19-cr-00052 | |
| Jeremy Daniel | 1:19-cr-00226 | |
| Jeremy Daniel | 1:19-cr-00226 | |
| Jeremy Daniel | 1:19-cr-00226 | |
| Jeremy Daniel | 1:19-cr-00226 | |
| Jeremy Daniel | 1:19-cr-00226 | |
| Jeremy Daniel | 1:19-cr-00226 | |
| Jeremy Daniel | 1:19-cr-00226 | |
| Jeremy Daniel | 1:19-cr-00753 | |
| Jeremy Daniel | 1:22-cr-00611 | |
| Jeremy Daniel | 1:97-cr-00642 | |
| John Lausch | 1:00-cr-00068 | |
| John Lausch | 1:00-cr-00176 | |
| John Lausch | 1:00-cr-00993 | |
| John Lausch | 1:01-cr-00494 | |
| John Lausch | 1:01-cr-00494 | |
| John Lausch | 1:01-cr-00494 | |
| John Lausch | 1:02-cr-00298 | |
| Lela Johnson | 1:02-cr-00210 | |
| Lela Johnson | 1:02-cr-01192 | |
| Lela Johnson | 1:04-cr-00646 | |
| Lela Johnson | 1:09-cr-00911 | |
| Maureen McCurry | 1:18-cr-00728 | |

4

| | | |
|---|---|---|
| Maureen McCurry | 1:18-cr-00728 | |
| Maureen McCurry | 1:18-cr-00728 | |
| Maureen McCurry | 1:19-cr-00641 | |
| Maureen McCurry | 1:19-cr-00641 | |
| Maureen McCurry | 1:19-cr-00641 | |
| Maureen McCurry | 1:20-cr-00303 *SEALED* | |
| Maureen McCurry | 1:20-cr-00675 | |
| Maureen McCurry | 1:21-cr-00392 | |
| Maureen McCurry | 1:21-cr-00392 | |
| Maureen McCurry | 1:21-cr-00643 | |
| Maureen McCurry | 1:22-cr-00097 | |
| Maureen McCurry | 1:22-cr-00651 | |
| Maureen McCurry | 1:22-cr-00651 | |
| Maureen McCurry | 1:22-cr-00651 | |
| Maureen McCurry | 1:23-cr-00083 | |
| Maureen McCurry | 1:23-cr-00083 | |
| Maureen McCurry | 1:23-cr-00083 | |
| Maureen McCurry | 1:23-cr-00175 | |
| Maureen McCurry | 1:23-cr-00377 | |
| Maureen McCurry | 1:23-cr-00580 | |
| Maureen McCurry | 1:23-cr-00580 | |
| Maureen McCurry | 1:23-cr-00580 | |
| Maureen McCurry | 1:23-cr-00581 *SEALED* | |
| Maureen McCurry | 1:23-cv-00330 | |
| Maureen McCurry | 1:24-cr-00081 | |
| Maureen McCurry | 1:24-cr-00081 | |
| Maureen McCurry | 1:24-cr-00172 | |
| Maureen McCurry | 1:24-cr-00323 | |
| Maureen McCurry | 1:24-cr-00471 | |
| Maureen McCurry | 1:24-cr-00471 | |
| Maureen McCurry | 1:24-cr-00471 | |
| Maureen McCurry | 1:24-cr-00471 | |
| Maureen McCurry | 1:24-cr-00471 | |
| Maureen McCurry | 1:24-cr-00471 | |
| Maureen McCurry | 1:24-cr-00471 | |
| Michael Beckman | 3:21-cr-50034 | |
| Michael Beckman | 3:21-cr-50046 *SEALED* | |
| Michael Beckman | 3:22-cr-50026 | |
| Michael Beckman | 3:22-cr-50055 | |
| Michael Beckman | 3:23-cr-50020 | |
| Michael Beckman | 3:23-cr-50020 | |
| Misty Wright | 1:16-cr-00307 | |

| | |
|---|---|
| Misty Wright | 1:16-cr-00394 |
| Misty Wright | 1:17-cr-00531 |
| Misty Wright | 1:18-cr-00681 |
| Misty Wright | 1:18-cr-00693 *SEALED* |
| Misty Wright | 1:20-cr-00437 |
| Misty Wright | 1:21-cr-00221 |
| Misty Wright | 1:21-cr-00419 |
| Misty Wright | 1:22-cr-00065 |
| Misty Wright | 1:22-cv-04979 |
| Misty Wright | 1:23-cr-00140 |
| Misty Wright | 1:23-cr-00142 |
| Misty Wright | 1:23-cr-00410 |
| Misty Wright | 1:23-cr-00649 |
| Misty Wright | 1:24-cr-00243 |
| Misty Wright | 1:24-cr-00265 |
| Misty Wright | 1:24-cr-00337 |
| Patrick King | 1:03-cr-00090 |
| Patrick King | 1:03-cr-00444 |
| Patrick King | 1:04-cr-00200 |
| Patrick King | 1:08-cr-00196 |
| Patrick King | 1:08-cr-00196 |
| Patrick King | 1:09-cr-01040 |
| Patrick King | 1:10-cr-00874 |
| Patrick King | 1:11-cr-00751 |
| Patrick King | 1:19-cr-00582 |
| Patrick King | 1:20-cv-02870 |
| Patrick King | 1:22-cr-00394 |
| Patrick King | 1:22-cv-01684 |
| Patrick King | 1:92-cr-00208 |
| Patrick King | 1:92-cr-00632 |
| Patrick King | 1:96-cr-00291 |
| Patrick King | 1:96-cr-00291 |
| Patrick King | 1:96-cr-00291 |
| Patrick King | 1:96-cr-00291 |
| Peter Flanagan | 1:11-cr-00691 |
| Peter Flanagan | 1:12-cr-00356 |
| Peter Flanagan | 1:12-cr-00923 |
| Peter Flanagan | 1:12-cr-00924 |
| Peter Flanagan | 1:13-cr-00906 |
| Peter Flanagan | 1:14-cr-00539 |
| Peter Flanagan | 1:14-cr-00539 |
| Peter Flanagan | 1:14-cr-00539 |
| Peter Flanagan | 1:14-cr-00539 |

| | |
|---|---|
| Peter Flanagan | 1:14-cr-00539 |
| Peter Flanagan | 1:14-cr-00539 |
| Peter Flanagan | 1:14-cr-00539 |
| Peter Flanagan | 1:14-cr-00539 |
| Peter Flanagan | 1:14-cr-00539 |
| Peter Flanagan | 1:14-cr-00539 |
| Peter Flanagan | 1:14-cr-00539 |
| Peter Flanagan | 1:15-cr-00062 |
| Peter Flanagan | 1:15-cr-00063 |
| Peter Flanagan | 1:15-cr-00064 |
| Peter Flanagan | 1:16-cr-00462 |
| Peter Flanagan | 1:18-cr-00745 *SEALED* |
| Peter Flanagan | 1:19-cv-08139 |
| Peter Flanagan | 1:21-cr-00277 |
| Peter Flanagan | 1:21-cr-00277 |
| Peter Flanagan | 1:21-cr-00277 |
| Peter Flanagan | 1:21-cr-00277 |
| Peter Flanagan | 1:21-cr-00486 |
| Peter Flanagan | 1:21-cr-00486 |
| Peter Flanagan | 1:25-cr-00027 *SEALED* |
| Philip Fluhr | 1:16-cr-00668 |
| Philip Fluhr | 1:21-cr-00188 |
| Philip Fluhr | 1:21-cr-00486 |
| Philip Fluhr | 1:21-cr-00486 |
| Philip Fluhr | 1:22-cr-00110 |
| Philip Fluhr | 1:22-cr-00110 |
| Philip Fluhr | 1:22-cr-00275 |
| Philip Fluhr | 1:22-cr-00275 |
| Philip Fluhr | 1:22-cr-00275 |
| Philip Fluhr | 1:22-cr-00275 |
| Philip Fluhr | 1:22-cr-00275 |
| Philip Fluhr | 1:22-cr-00275 |
| Philip Fluhr | 1:22-cr-00275 |
| Philip Fluhr | 1:22-cr-00275 |
| Philip Fluhr | 1:22-cr-00275 |
| Philip Fluhr | 1:22-cr-00275 |
| Philip Fluhr | 1:22-cr-00275 |
| Philip Fluhr | 1:22-cr-00275 |
| Philip Fluhr | 1:22-cr-00275 |
| Philip Fluhr | 1:22-cr-00275 |
| Philip Fluhr | 1:22-cr-00275 |
| Philip Fluhr | 1:22-cv-07310 |

| | |
|---|---|
| Philip Fluhr | 3:15-cr-50011 |
| Scott Paccagnini | 3:04-cr-50071 |
| Scott Paccagnini | 3:04-cr-50071 |
| Scott Paccagnini | 3:13-cr-50051 |
| Scott Paccagnini | 3:17-cr-50018 *SEALED* |
| Scott Paccagnini | 3:18-cv-70002 |
| Scott Paccagnini | 3:19-cr-50029 |
| Scott Paccagnini | 3:21-cr-50023 |
| Talia Bucci | 3:04-cr-50054 |
| Talia Bucci | 3:14-cr-50007 |
| Talia Bucci | 3:14-cr-50042 |
| Talia Bucci | 3:16-cr-50030 |
| Talia Bucci | 3:22-cr-50061 |
| Talia Bucci | 3:23-cr-50005 |
| Talia Bucci | 3:23-cr-50008 |
| Talia Bucci | 3:23-cr-50018 |
| Yusef Dale | 1:03-cr-00090 |
| Yusef Dale | 1:04-cr-00459 |
| Yusef Dale | 1:04-cr-01072 |
| Yusef Dale | 1:04-cr-01072 |
| Yusef Dale | 1:04-cr-01072 |
| Yusef Dale | 1:04-cr-01072 |
| Yusef Dale | 1:09-cr-00383 |
| Yusef Dale | 1:09-cr-00383 |
| Yusef Dale | 1:09-cr-00383 |
| Yusef Dale | 1:09-cr-00383 |
| Yusef Dale | 1:09-cr-00383 |
| Yusef Dale | 1:09-cr-00383 |
| Yusef Dale | 1:09-cr-00383 |
| Yusef Dale | 1:09-cr-00383 |
| Yusef Dale | 1:09-cr-00383 |
| Yusef Dale | 1:13-cr-00632 |
| Yusef Dale | 1:15-cr-00583 |
| Yusef Dale | 1:21-cr-00188 |
| Yusef Dale | 1:21-cr-00761 |
| Yusef Dale | 1:22-cr-00394 |
| Yusef Dale | 1:22-cr-00593 |
| Yusef Dale | 1:24-cr-00379 |